IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEPHEN A. DOWNS, SR.       )
                            )
    v.                      )    NO. 3:10-0661
                            )
ERIC K. SHINSEKI, Secretary,)
Department of Veterans Affairs )

**O R D E R**

The Plaintiff has filed a motion (Docket Entry No. 30) to ascertain the status of the pending motion for partial dismissal filed by the Defendant and his own motion to dismiss the defendant's motion. The Plaintiff's motion to ascertain status is GRANTED. Both motions remain pending before the Court and will be ruled on as expeditiously as possible.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge